Darnell DUCKETT, Movant,

v.

STATE of Missouri, Respondent.

No. 52542.

Missouri Court of Appeals,
Eastern District,
Division Two.

Aug. 4, 1987.

Motion for Rehearing and/or Transfer
Denied Oct. 6, 1987.

Holly Simons, Asst. Public Defender, St. Louis, for respondent.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for movant.

### ORDER

PER CURIAM.

Movant appeals from the trial court's denial of his Rule 27.26 motion to vacate judgment and sentence. We find no error and that the decision is supported by competent and substantial evidence. A written opinion would serve no precedential value. Accordingly, the judgment is affirmed pursuant to Rule 84.16(b).

All judges concur.

Jess M. USERY, Jr.,
Petitioner-Appellant,

v.

CIVIL SERVICE COMMISSION OF the
CITY OF ST. LOUIS, et al.,
Respondent-Respondent.

No. 52624.

Missouri Court of Appeals,
Eastern District,
Division Two.

Aug. 4, 1987.

Motion for Rehearing and/or Transfer
Denied Oct. 6, 1987.

Charles R. Oldham, Anne V. Maloney, St. Louis, for petitioner-appellant.

Elkin L. Kistner, Ass. City Counselor, St. Louis, for respondent-respondent.

### ORDER

Petitioner appeals a decision of the Civil Service Commission of the City of St. Louis, which was affirmed by the Circuit Court, modifying the effective date of his layoff from his position with the Community Development Agency of St. Louis. We affirm. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).